**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ISAIAH WALKER : | |
| : | No.  22-cv-3154-JMY |
| v. : | |
| : | |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY : | |
| : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this  17th  day of August, 2023, upon consideration of the Parties' joint Stipulation (ECF #21) for extension of case management deadlines, it is **ORDERED** as follows:

1. The Parties shall comply with the following deadlines:

   a. All fact discovery shall be completed by **Thursday, September 21, 2023.**

   b. The Parties shall produce their expert report(s) by **Thursday, October 5, 2023**; rebuttal expert report(s) shall be produced by **Thursday, October 19, 2023;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Thursday, November 2, 2023**.

   c. All motions for summary judgment and *Daubert* motions shall be filed no later than **Thursday, December 7, 2023**.  Responses to such motions shall be filed no later than **Thursday, January 11, 2024.**

2. This case has already been referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes.

3. A Final Pretrial Conference will be held on **Tuesday, April 16, 2024 @ 11:00 a.m.**  Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local

Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

        4.        Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

        5.        No further extensions of case management deadlines will be granted without good cause shows.  **IT IS SO ORDERED.**

        **BY THE COURT:**

        /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**