**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ISAIAH WALKER,** : | |
| : | No. 22-cv-3154-JMY |
| **vs.** : | |
| : | |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY.** : | |

## ORDER

**AND NOW**, this 20th day of June, 2024, upon consideration of the motion for summary judgment filed by the Defendant (ECF No. 27), and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion shall be **GRANTED** for the reasons set forth in the accompanying memorandum filed by the Court along with this Order.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**BY THE COURT**:

  /s/ John Milton Younge
Judge John Milton Younge