**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ISAIAH WALKER,               :

                          :       No. 22-cv-3154-JMY

     vs.              :

                          :

SOUTHEASTERN PENNSYLVANIA   :
TRANSPORTATION AUTHORITY.   :

**ORDER**

**AND NOW,** this 12th day of March, 2026, upon consideration of the Supplemental Motion for Summary Judgment filed by Defendant (ECF No. 43), and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons set forth in the accompanying Memorandum filed along with this Order.

                               **BY THE COURT**:

                               /s/ John Milton Younge
                             Judge John Milton Younge